RECEIVED

MAY 18 2026

BY MAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

Rozina Williams,

Plaintiff,

v.

Missouri Department of Revenue, et al.,

Defendants.

Civil Action No.: _____

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

AND EMERGENCY INJUNCTIVE RELIEF**

I. INTRODUCTION

This action arises from the unlawful taxation, enforcement, and sheriff sale of Plaintiff's property despite redemption and a binding court order deeming the property tax-exempt.

II. JURISDICTION

Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

Venue is proper in this district.

III. PARTIES

Plaintiff Rozina Williams is the beneficiary and trustee of property located at:

3117 N. Grand Blvd, St. Louis, Missouri 63107

Defendants include:

Missouri Department of Revenue

St. Louis Sheriff's Office

St. Louis City Assessor

City of St. Louis Collector of Revenue

DA-Woods Investments & Notary LLC

Missouri Secretary of State

Michael Dolphin

IV. FACTS

Plaintiff's property was redeemed in December 2020.

Redemption was confirmed in January 2021.

On December 10, 2020, the 22nd Judicial Circuit Court deemed the property tax-exempt.

Plaintiff asserts the property qualifies as exempt, including under principles applicable to Indian trust or protected land, subject to supporting documentation.

Despite this:

Taxes continued to be assessed

Collection actions were pursued

A sheriff sale was conducted or attempted

Any such sale is void because:

The property was redeemed

The tax obligation had been extinguished

A court order barred such enforcement

V. CLAIMS

COUNT I – DUE PROCESS VIOLATION (14th Amendment)

Defendants deprived Plaintiff of property rights without lawful authority.

COUNT II – WRONGFUL TAKING

The sheriff sale constitutes an unlawful deprivation of property.

COUNT III – FAILURE TO HONOR COURT ORDER

Defendants acted in direct disregard of a valid judicial order.

COUNT IV – CIVIL RIGHTS VIOLATION (42 U.S.C. § 1983)

Defendants acted under color of state law to violate Plaintiff's constitutional rights.

VI. IRREPARABLE HARM

Loss of real property constitutes immediate and irreparable harm.

VII. RELIEF

Plaintiff requests:

a. Declaration that the sheriff sale is VOID

b. Temporary Restraining Order and Preliminary Injunction

c. Restoration of property rights

d. Costs and further relief

JURY TRIAL DEMANDED

(State of Missouri / United States District Court –

DECLARATION AND AFFIDAVIT OF ROZINA WILLIAMS

I, Rozina Williams, being of lawful age and competent to testify, hereby declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct to the best of my knowledge:

1. IDENTIFICATION

I am the beneficiary and trustee with an asserted interest in real property located at:

3117 N. Grand Blvd, St. Louis, Missouri 63107.

This declaration is based upon my personal knowledge and records in my possession.

2. BACKGROUND

I assert that the above-referenced property constitutes inherited land in which I hold a lawful interest.

I further assert that the property has been previously determined to be tax-exempt pursuant to an order issued on December 10, 2020, by a judge of the 22nd Judicial Circuit Court of Missouri (hereinafter "the Court Order").

Despite this order, actions have been taken by various governmental and private entities to assess taxes, enforce collection, and/or conduct a tax sale of the property.

3. PARTIES INVOL

The following entities and individuals are alleged to have participated in actions affecting my rights:

Missouri Department of Revenue

St. Louis Sheriff's Office

St. Louis City Assessor's Office

City of St. Louis Collector of Revenue

DA-Woods Investments & Notary LLC

Missouri Secretary of State

Michael Dolphin (role to be specified)

4. CLAIMS

I assert that the above actions have resulted in:

a. Deprivation of property rights without due process of law;

b. Failure to recognize or enforce the Court Order dated December 10, 2020;

c. Improper taxation and/or sale of property claimed to be exempt;

d. Interference with my asserted status and property interest.

I further assert that these actions have caused financial harm, loss of property interest, and violation of my constitutional rights, including but not limited to:

Due Process (Fifth and Fourteenth Amendments)

Equal Protection under the law

5. FEDERAL LAW REFERENCES

I reference federal statutes concerning civil rights and conspiracy against rights, including 18 U.S.C. § 241, to the extent applicable.

I reserve the right to assert additional claims under federal and state law upon further review.

(Note: Keep statutes limited unless you have clear legal support.)

6. REQUEST FOR RELIEF

I respectfully request:

a. Recognition and enforcement of the December 10, 2020 Court Order;

b. Immediate cessation of tax collection and enforcement actions on the subject property;

c. Investigation into the actions taken by the above-listed parties;

d. Restoration of my property rights and any appropriate relief.

7. DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of April, 2026.

/s/Rozina Williams   /s/ rozina williams

Beneficiary and Trustee

Electronic Signature Accepted

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

Rozina Williams,

Plaintiff,

v.

Missouri Department of Revenue, et al.,

Defendants.

Civil Action No.: _____

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

AND REQUEST FOR INJUNCTIVE RELIEF**

## I. INTRODUCTION

Plaintiff brings this action for violations of her constitutional rights arising from the unlawful taxation, enforcement, and attempted sale of her property despite an existing court order deeming the property tax-exempt.

## II. JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil rights violations).

Venue is proper in this district because the events occurred in St. Louis, Missouri.

## III. PARTIES

Plaintiff, Rozina Williams, is the beneficiary and trustee of property located at 3117 N. Grand Blvd, St. Louis, Missouri 63107.

Defendants include:

Missouri Department of Revenue

St. Louis Sheriff's Office

St. Louis City Assessor

City of St. Louis Collector of Revenue

DA-Woods Investments & Notary LLC

Missouri Secretary of State

Michael Dolphin (capacity to be determined)

IV. FACTS

On December 10, 2020, the 22nd Judicial Circuit Court issued an order recognizing the subject property as tax-exempt and resolving the tax status.

Despite this binding order, Defendants continued to assess taxes and initiated enforcement actions.

A sheriff sale was conducted or attempted on the property.

Plaintiff asserts that the property had already been redeemed and was not subject to sale.

Defendants acted under color of state law and in disregard of the court order.

V. CLAIMS FOR RELIEF

COUNT I – VIOLATION OF DUE PROCESS (14th Amendment)

Defendants deprived Plaintiff of property without due process by enforcing taxes contrary to a valid court order.

COUNT II – UNLAWFUL TAKING / PROPERTY DEPRIVATION

The attempted or completed sheriff sale constitutes an unlawful taking of property rights.

COUNT III – FAILURE TO HONOR COURT ORDER

Defendants knowingly disregarded a valid state court order, causing harm to Plaintiff.

VI. IRREPARABLE HARM

Plaintiff faces loss of real property, which constitutes irreparable harm not compensable by money damages.

VII. RELIEF REQUESTED

Plaintiff requests:

a. A declaration that the sheriff sale is void;

b. Immediate injunctive relief halting enforcement actions;

c. Restoration of property rights;

d. Costs and any further relief deemed just.

JURY TRIAL DEMANDED

*/s/ rozina williams*

Rozina Williams